NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5149

JANE R. GREGORY,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-578, Judge Lawrence J. Block.

ON MOTION

### O R D E R

The appellant moves without opposition for a 6-day extension of time, until April 21, 2009, to file her response to the court's November 6, 2008 order.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

APR 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 7 2009

JAN HORBALY
CLERK

cc:  Sallie W. Gladney, Esq.
     Deborah K. Snyder, Esq.
s20